# Harold Brothers *v.* S. A. Jones & Co.

*Action for Damages for Alleged Willful Obstruction of Navigable Highway.*

APPEAL from Conecuh Circuit Court.
Tried before Hon. JOHN P. HUBBARD.

FARNHAM & CRUM, and M. A. RABB, for appellants.

J. F. JONES, and JOHN GAMBLE, for appellees.

McCLELLAN, J.—This case is precisely like that of *Harold Brothers v. Jones Brothers, ante* p. 637, in respect to the point upon which that case was decided ; and upon the authority of that case and for the reasons there given the judgment in this case is reversed and the cause remanded.

Reversed and remanded.